1038

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS
R. CONNER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00117-2, Robert C. Bibb, J., entered January 15, 1985. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Pekelis, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. MITCHELL
DOUGLAS GILBRETH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-8-01209-3, David M. Thorn, J. Pro Tem., entered January 28, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

THE STATE OF WASHINGTON, *Respondent,* v. GRANT
R. MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00449-0, Stuart C. French, J., entered January 4, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Ringold, A.C.J., and Williams, J. Now published at 47 Wn. App. 322.